1112

No. 98–7137. BROWN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–7138. CUNNINGHAM v. HEUSZEL, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–7142. DOPSON v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 98–7145. ABOUHALIMA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–7177. JONES v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 98–7209. PACHECO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–7213. BEVERLY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–7220. CAMPOS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–7223. EVANS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–7224. ORTIZ RAMIRES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–7225. SHENBERG v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–7226. PAYNE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–7229. CROSS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–7231. CRUZ-SANTANA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–7237. FRANKLYN, AKA FRANKLIN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–7239. GONZALEZ MUNOZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.